# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**922**
**CAF 15-01134**
PRESENT: PERADOTTO, J.P., LINDLEY, NEMOYER, AND SCUDDER, JJ.

---

IN THE MATTER OF RYAN J. ELLIOTT, SR.,
PETITIONER-APPELLANT,

V                                                                     ORDER

BRITTANY ROSARIO, RESPONDENT-RESPONDENT.

---

LINDA M. CAMPBELL, SYRACUSE, FOR PETITIONER-APPELLANT.

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF COUNSEL), FOR RESPONDENT-RESPONDENT.

CATHERINE M. SULLIVAN, ATTORNEY FOR THE CHILDREN, FULTON.

-----------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oswego County (James K. Eby, J.), entered June 3, 2015 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted respondent sole legal and physical custody of the subject children, with visitation to petitioner.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  November 10, 2016                          Frances E. Cafarell
                                                     Clerk of the Court